WILLIAM RAY JONES, SR., PRO PER
7830 Poppy Boulevard
California City, California 93505
Tel: (661) 221-0785
Fax: (760) 373-8222

JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
LINDA FANG (CA Bar No. 240245)
(Email: lfang@gslaw.org)
NHU Q. LE (CA Bar No. 256999)
(Email: nle@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

Attorneys for United Steel, Paper & Forestry, Rubber, Manufacturing, Energy,
Allied Industrial & Service Workers International Union, AFL-CIO, CLC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| William Ray Jones, Sr.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United Steelworkers, and DOES 1-10<br><br>　　　　　Defendants.<br>: | Case No. 1:12-CV-01463-AWI-JLT<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 22) |

Case No. 1:12-CV-01463-AWI-JLT

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

Pursuant to L.R. 143 and 144, Plaintiff William Ray Jones, Sr. ("Plaintiff") on his own behalf and Defendant United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("Defendant") (collectively, "the Parties"), by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, the complaint in this action was filed on April 13, 2012 in Kern County Superior Court and removed to this District on September 7, 2012;

WHEREAS, this action is related to another action filed by Plaintiff against his former employer based on the same underlying set of facts as those asserted in this case, related to the termination of his employment, *Jones v. Lehigh Southwest Cement Company, Inc.*, Case No. 1:12-cv-00633-AWI-JLT ("*Lehigh* case"). The *Lehigh* case was removed to this District on April 20, 2012 and assigned to the Honorable Anthony W. Ishii, the same presiding judge in the instant case. Lehigh's third Rule 12(b)(6) motion to dismiss is pending in that case and is scheduled for hearing on February 4, 2013;

WHEREAS, an Initial Scheduling Conference was held in this case on December 12, 2012, with both Parties present;

WHEREAS, in light of the pending motion to dismiss in the *Lehigh* case, and the possible impact it may have on the parties and claims in this action, the Court continued the Scheduling Conference to February 14, 2013 at 9:00 a.m. to await Judge Ishii's ruling;

WHEREAS, the Parties have been ordered to submit to the Court an updated joint scheduling conference statement by February 8, 2012, and it is uncertain whether Judge Ishii will issue an order on Lehigh's motion to dismiss prior to that date or prior to February 14;

WHEREAS, the Parties desire to conserve their own and the Court's limited resources and, therefore, request that the Court continue the February 14, 2013 Scheduling Conference to March 7, 2013 at 9:00 a.m., to await Judge Ishii's ruling on Lehigh's motion to dismiss.

///
///
///
///
///

1   THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the Scheduling
2   Conference currently scheduled for February 14, 2013 be continued to March 7, 2013 at 9:00 a.m. in the
3   above-entitled court.
4   IT IS SO STIPULATED.

Respectfully submitted,

Dated:  January 24, 2013               **GILBERT & SACKMAN, A Law Corporation**

By:   /s/ Nhu Q. Le
      Jay Smith
      Linda S. Fang
      Nhu Q. Le

Attorneys for Defendant United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO, CLC

Dated:  January 24, 2013               William R. Jones

By:   _____
      William R. Jones

Plaintiff in Pro Per

### ORDER

Based on the foregoing joint stipulation, and good cause appearing, the Court hereby orders that:

1.  The Scheduling Conference currently scheduled for February 14, 2013 at 9:00 a.m. is continued to **March 7, 2013 at 9:30 a.m**.; and

2.  The Parties shall file an updated joint scheduling conference statement no later than March 1, 2013.

IT IS SO ORDERED.

Dated:   **January 30, 2013**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE