UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM RAY JONES SR., | ) | 1: 12-CV-01463-AWI-JLT |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE CONSOLIDATED |
| v. | ) ) | |
| UNITED STEELWORKERS, | ) ) | |
| Defendant. | ) ) | |

    Plaintiff is involved in a second action, <u>Jones v. Lehigh Southwest Cement company, Inc.</u>, Case. No. 1:12-cv-00633-AWI-JLT, which appears to involve the same events as this matter and seems to involve overlapping questions of fact. At this time, it is unclear whether the Plaintiffs have different principals in their corporate structure or there are other reasons that preclude consolidation or relation.

    Therefore, the Court **ORDERS** the parties to show cause in writing, **<u>no later than August 2, 2013</u>**, why the matters should not be consolidated with <u>Jones v. Lehigh Southwest Cement company, Inc.</u>, Case. No. 1:12-cv-00633-AWI-JLT, for all purposes, including discovery and trial.

IT IS SO ORDERED.

    Dated:   <u>**July 11, 2013**</u>             <u>  /s/ Jennifer L. Thurston  </u>
                                                                 UNITED STATES MAGISTRATE JUDGE