UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY JONES, SR., ) | Case No.: 1:12-cv-01463 - JLT |
| ) | |
| Plaintiff, ) | ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT |
| ) | |
| v. ) | |
| ) | (Doc. 43) |
| UNITED STEELWORKERS OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

William Ray Jones, Sr. ("Plaintiff") filed a First Amended Complaint on August 9, 2013. (Doc. 43). Pursuant to Fed. R. Civ. P. 15(a), a party may amend a pleading once as a matter of course within 21 days of service, or if the pleading is one to which a response is required, twenty-one days after service of a responsive pleading. "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

In this case, Defendants filed an answer to Plaintiff's Complaint on September 14, 2012. (Doc. 9). Thus, Plaintiff must obtain Defendant's consent to file an amended complaint, or seek leave of the Court. *See* Fed. R. Civ. P. 15(a)(2). Moreover, in the scheduling order, the Court explained any requested pleading amendments must be made "either through a stipulation or motion to amend." (Doc. 32 at 3).

///

///

1

Nevertheless, Plaintiff has not filed a stipulation indicating the defendant consents to the pleading amendment and has not filed a motion for the Court's consideration with his First Amended Complaint.  Thus, the First Amended Complaint, the amended pleading is **STRICKEN**.

IT IS SO ORDERED.

Dated:   **August 14, 2013**              /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE